IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


MARK PAYNE                                                                    PLAINTIFF

V.                                        CASE NO. 2:22-cv-2113

FREEMAN TRANSIT, LLC and
CHRISTOPHER FREEMAN                                                          DEFENDANTS

## AMENDED FINAL SCHEDULING ORDER

IT IS HEREBY ORDERED:

**1.    TRIAL DATE**

This case is scheduled for **BENCH TRIAL** in **FORT SMITH, ARKANSAS**, at the call
of the Court during the week of **October 10, 2023, beginning at 9:00 a.m.**  Counsel are directed
to report to **the third-floor Courtroom (Room 310)** at **9:00 a.m.** on the date of trial unless
otherwise notified.

**2.    DISCOVERY**

The deadline for all discovery has passed.

**3.    MOTIONS**

The page limitations set out in the Court's initial scheduling order continue to apply.

The deadline for all motions, exception motions in limine has passed. Motions in limine
must be filed on or before **September 26, 2023,** and responses must be filed within seven (7)
days after such motion is filed.  Each party is limited to filing only one (1) motion in limine not
to exceed 15 pages.  All motions in limine must contain a statement that counsel has conferred
with opposing counsel in good faith (see requirements for good-faith effort above) as to each

request for relief.  As to each request, the moving party should state whether the opposing party is opposed to the Court granting the relief requested.

## 4.      PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]

Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **September 19, 2023**.  That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

## 5.      DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **September 19, 2023**.  Counter-designations must be made by **September 26, 2023**.  These designations need not be filed with the Court but should be exchanged by the parties.  Objections to any deposition or videos that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **September 29, 2023**, with the response due **October 3, 2023**.  Depositions to be read or played via video at trial must be marked as exhibits.

PLEASE BE ADVISED: These designations must be made for any and all depositions (whether video or written transcript), or any portion thereof, a party intends to introduce at trial. A failure of the proffering party to appropriately designate a deposition, pared down to pertinent, non-extraneous portions to be used at trial, will likely result in (1) a waiver of objections to the admission of any portion of a deposition that the proffering party has designated for admission and/or (2) exclusion of the deposition, or a portion thereof, from evidence.  Likewise, a failure by any party to counter-designate any portion of a deposition will likely result in exclusion of the non-designated portion of a deposition from trial and waiver of any objection to such exclusion.

2

Finally, failure by either party to make timely, proper objections to a designated deposition, or any portion thereof, will likely result in a waiver of any objection that might otherwise have been made.

**6.      TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The parties must simultaneously submit trial briefs and proposed findings of fact and conclusions of law on or before **September 29, 2023**. The trial brief and proposed findings should not be filed with the Clerk but should be submitted directly to chambers. Counsel may submit them electronically to *pkhinfo@arwd.uscourts.gov*.  The briefs should discuss any evidentiary issues that are expected to arise and other issues that the Court may need to decide at trial.  Reply briefs, if any, must be submitted to the Court on or before **October 3, 2023**. A reply should specify those fact findings proposed by the opposing party that will be controverted at trial.

**7.      INTRODUCTION OF EXHIBITS**

All exhibits must be listed on the attached form in numerical sequence.  Exhibits must be made available to all parties and reviewed by counsel prior to the trial date.  The lists must be submitted to the Courtroom Deputy at *pkhinfo@arwd.uscourts.gov* **by noon one (1) business day** before the beginning of trial.  Counsel are encouraged to stipulate to the admissibility of exhibits to which there is no objection.  Any such stipulations should be noted on the exhibit list provided to the Court.  The Court will admit stipulated exhibits into evidence at the beginning of trial, and the exhibits may be used at trial without further motion by counsel.

**8.     COMMUNICATION WITH COURT ON TRIAL DATE OR SETTLEMENT**

Please communicate with the Courtroom Deputy set out below at _pkhinfo@arwd.uscourts.gov_ or by calling 479-783-1466 to ascertain your position on the calendar as the trial date approaches.  In the event of settlement, advise the Courtroom Deputy immediately at the email or phone number set out above. The case will not be removed from the trial docket until a Joint Motion to Dismiss or a Joint Stipulation of Dismissal are filed in the case, and an order of dismissal has been entered.

DATED:   July 20, 2023

AT THE DIRECTION OF THE COURT
RONALD E. DOWLING, CLERK OF COURT

By:   _/s/ Michelle McEntire_
Courtroom Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

**PLAINTIFF(S)**

_____

**V.**          **CASE NO. _____**

_____          **DEFENDANT(S)**

**WITNESS LIST FOR _____**
(Plaintiff/Defendant)

| Date | Witness Name | Via Deposition |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Date | Witness Name | Via Deposition |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

_____                                    **PLAINTIFF(S)**

**V.**

**CASE NO. _____**

_____                                    **DEFENDANT(S)**

**EXHIBIT LIST _____**
**(Plaintiff/Defendant)**

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Rec'd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |