IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                  **PLAINTIFF**

vs.                          No. 2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC**                                **DEFENDANTS**
and **CHRISTOPHER FREEMAN**

### NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Western District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

                                             Respectfully submitted,

                                             **ATTORNEY SEAN SHORT**

                                             SANFORD LAW FIRM, PLLC
                                             Kirkpatrick Plaza
                                             10800 Financial Centre Pkwy, Suite 510
                                             Little Rock, Arkansas 72211
                                             Telephone: (800) 615-4946
                                             Facsimile: (888) 787-2040

                                             Sean Short
                                             Ark. Bar No. 2015079
                                             sean@sanfordlawfirm.com