**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**MARK PAYNE**                                                                                **PLAINTIFF**

    V.                    **CASE NO. CV-2:22-cv-2113-PKH**

**FREEMAN TRANSIT, LLC, and**                                           **DEFENDANT**
**CHRISTOPHER FREEMAN**

**NOTICE OF FILING OF PETITION IN BANKRUPTCY**

Notice is hereby given that the Defendant Freeman Transit, LLC, has filed a Petition in Bankruptcy in the United States Bankruptcy Court for the Western District of Arkansas, Case No. 23-bk-71486.

                                      Respectfully submitted,

                                      HARDIN, JESSON & TERRY, PLC
                                      5000 Rogers Avenue, Suite 500
                                      Fort Smith, Arkansas 72917
                                      Telephone: (479) 452-2200
                                      Facsimile: (479) 452-9097
                                      Email: honea@hardinlaw.com


                    By:    /s/Robert M. Honea
                                Robert M. Honea
                                Arkansas Bar No. 83089

                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I, Robert M. Honea, the attorney for the Defendants herein, do hereby certify that the above and foregoing pleading has been served upon the Plaintiff via ECF to:

Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR 72211

DATED this 12th day of October, 2023.

                                      /s/ Robert M. Honea
                                      Robert M. Honea