**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**MARK PAYNE**                                                                                 **PLAINTIFF**

    V.                      **CASE NO. CV-2:22-cv-2113-PKH**

**FREEMAN TRANSIT, LLC, and**                                      **DEFENDANT**
**CHRISTOPHER FREEMAN**

**MOTION TO STAY FURTHER PROCEEDINGS**

COME NOW the Defendants, and for their Motion to Stay Further Proceedings, state:

1.    The Defendant, Freeman Transit, LLC, has filed a Petition in Bankruptcy in the United States Bankruptcy Court for the Western District of Arkansas, Case No. 23-bk-71486.

2.    The Defendants move this Court for the entry of an order staying further proceedings in this matter pursuant to 11 U.S.C. § 362.

                                                   Respectfully submitted,

                                                   HARDIN, JESSON & TERRY, PLC
                                                   5000 Rogers Avenue, Suite 500
                                                   Fort Smith, Arkansas 72917
                                                   Telephone: (479) 452-2200
                                                   Facsimile: (479) 452-9097
                                                   Email: honea@hardinlaw.com

                                   By:   /s/Robert M. Honea
                                                    Robert M. Honea
                                                    Arkansas Bar No. 83089

                                                   *Attorneys for Separate Defendant*

## **CERTIFICATE OF SERVICE**

I, Robert M. Honea, the attorney for the Defendants herein, do hereby certify that the above and foregoing pleading has been served upon the Plaintiff via ECF to:

Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR 72211

DATED this 12th day of October, 2023.

/s/ Robert M. Honea
Robert M. Honea