IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                            **PLAINTIFF**

vs.                                          No. 2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC, and**                              **DEFENDANTS**
**CHRISTOPHER FREEMAN**

## RESPONSE TO MOTION TO STAY FURTHER PROCEEDINGS

Plaintiff Mark Payne, by and through his undersigned counsel, for his Response to Motion to Stay Further Proceedings – ECF No. 28, states and alleges as follows:

1. On October 12, 2023, separate Defendant Freeman Transit, LLC, filed a Notice of Filing of Petition in Bankruptcy. *See* ECF No. 27. Shortly thereafter, a Motion to Stay Further Proceedings was filed in which the *Defendants* moved the Court for the entry of an order staying further proceedings in this matter pursuant to 11 U.S.C. § 362. *See* ECF No. 28.

2. Defendant Christopher Freeman has not filed for bankruptcy and Chapter 11 does not create a stay as to Defendant Christopher Freeman as codebtor. *See* 11 U.S.C. § 1301.

3. Plaintiff acknowledges that this matter should be stayed with respect to Defendant Freeman Transit, LLC, during the pendency of the bankruptcy, but dispute that this matter should be stayed with respect to Defendant Christopher Freeman or that Christopher Freeman is not liable in his individual capacity.

Page 1 of 2
Mark Payne v. Freeman Transit, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH
Response to Motion to Stay Further Proceedings

4. Plaintiff remains ready to have a half-day or one-day bench trial on November 7, 2023, against individual Defendant Christopher Freeman.

WHEREFORE, premises considered, Mark Payne respectfully requests that the Court stay this matter as to Defendant Freeman Transit, LLC, but not separate Defendant Christopher Freeman, and that this matter proceed to trial as scheduled with respect to separate Defendant Christopher Freeman.

Respectfully submitted,

**PLAINTIFF MARK PAYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Page 2 of 2
Mark Payne v. Freeman Transit, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH
Response to Motion to Stay Further Proceedings