IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                    **PLAINTIFF**

V.                CASE NO. CV-2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC, and**                           **DEFENDANT**
**CHRISTOPHER FREEMAN**

## MOTION FOR LEAVE TO FILE REPLY

COME NOW the Defendants, and for their Motion for Leave to File a Reply to the Plaintiff's Response to the Defendants' Motion to Stay Proceedings, state:

1. Joel Hargis represents Freeman Transit, LLC (the "Debtor") in the bankruptcy proceeding. Mr. Hargis' father was hospitalized this morning, Friday, October 13, 2023. It is unknown when Mr. Hargis will be available to discuss the Debtor's position regarding the suggestion that the cases against the individual Defendant Chris Freeman and the Debtor be tried separately.

2. The Defendants move this Court for leave to file a reply to the Plaintiff's response, in order that the Debtor will have an opportunity to state the Debtor's position regarding the suggestion that this case be tried separately against the individual Defendant and the Debtor.

3. In light of the situation with Mr. Hargis' father, the Defendants request that they be allowed until the close of business on Wednesday, October 18, 2023, to file a reply.

WHEREFORE, the Defendants pray that this Court enter its order granting the Defendants' Leave to File a Reply to the Plaintiff's Response, that the reply be due by close of business on Wednesday, October 18, 2023, and for all other relief to which they may be entitled.

                                                      Respectfully submitted,

                                                      HARDIN, JESSON & TERRY, PLC
                                                      5000 Rogers Avenue, Suite 500
                                                      Fort Smith, Arkansas 72917
                                                      Telephone: (479) 452-2200
                                                      Facsimile: (479) 452-9097
                                                      Email: honea@hardinlaw.com

                          By:     /s/Robert M. Honea
                                                      Robert M. Honea
                                                      Arkansas Bar No. 83089

                                                      *Attorneys for Separate Defendant*

## **CERTIFICATE OF SERVICE**

       I, Robert M. Honea, the attorney for the Defendants herein, do hereby certify that the above and foregoing pleading has been served upon the Plaintiff via ECF to:

Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR 72211

DATED this 13th day of October, 2023.

                                                  /s/ Robert M. Honea
                                                  Robert M. Honea