IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK PAYNE                                                                                           PLAINTIFF

V.                         CASE NO. CV-2:22-cv-2113-PKH

FREEMAN TRANSIT, LLC, and                                                               DEFENDANT
CHRISTOPHER FREEMAN

### DEFENDANT'S PRETRIAL DISCLOSURE SHEET

COMES NOW the Separate Defendant, Christopher Freeman, and for his Pretrial Disclosure Sheet submitted in accordance with Local Rule 26.2, states:

(1) The identity of the party submitting information.

Christopher Freeman

(2) The names, addresses, and telephone numbers of all counsel for the party.

Robert M. Honea
HARDIN, JESSON & TERRY, PLC
5000 Rogers Avenue, Ste. 500
Fort Smith, AR 72903
(479) 452-2200

(3) A brief summary of claims and relief sought.

The Plaintiff alleges that he was an employee of both Freeman Transit, LLC and Christopher Freeman, and was not paid overtime in accordance with the requirements of the Fair Labor Standards Act ("FLSA"). The Plaintiff seeks to recover a money judgment for unpaid overtime, liquidated damages, costs, and attorneys' fees.

1

(4) Prospects for settlement. (Note: the Court expects attorneys to confer and explore the possibility of settlement prior to answering these inquiries.)

Settlement is unlikely.

(5) The basis for jurisdiction and objections to jurisdiction.

28 USC § 1331.  There are no objections to jurisdiction.

(6) A list of pending motions.

At the time of filing this Disclosure Sheet the Defendants Motion to Stay Proceedings due to the bankruptcy filing of Freeman Transit, LLC, remains pending.

(7) A concise summary of the facts.

The Plaintiff fielded after hours calls from drivers regarding mechanical difficulties encountered by such drivers.  The Plaintiff's responsibility was to assist the drivers in securing maintenance services.  The Plaintiff worked from wherever he happened to be when he received the call using his own cell phone.  The Plaintiff claims that the performance of the foregoing services required more than forty hours per week.

(8) All proposed stipulations.

There are no proposed stipulations.

(9) The issues of fact expected to be contested.

The details of the tasks the Plaintiff was required to perform pursuant to his agreement with Freeman Transit, LLC.

The number of hours per week required per week for the Plaintiff to perform the foregoing tasks.

The tools and equipment which were required in order for the Plaintiff to perform the foregoing tasks and who owned such tools and equipment.

The extent to which the Defendants controlled or directed the Plaintiff in the performance of the foregoing tasks.

(10) The issues of law expected to be contested.

Whether the Plaintiff was an employee or independent contractor.

Whether the Plaintiff is entitled to be paid for on call time or only for time actually spent working.

Whether Christopher Freeman was an employer of the Plaintiff.

(11) A list and brief description of exhibits.

<u>Will introduce:</u>

| | |
|---|---|
| Workers' Compensation Certificate of Non-Coverage | BATES 104-106 |

<u>May Introduce:</u>

| | |
|---|---|
| Documentation of Mark Payne's performance | BATES 39-60 |
| Text Messages | BATES 61-93 |
| Emails | BATES 102, 103, 116-122 |
| Invoices paid by Plaintiff on behalf of drivers | BATES 107-115 |

(12) The names, addresses, and telephone numbers of witnesses.

<u>Will call:</u>

Christopher Freeman

Kristen Freeman

Jack Turner

Heath Wood

Mike Norman

<u>May call:</u>

        Shane Lamb

        Carrie Wood

        Chasity Powell

        Martin Denne

        David Ealy

        Billy Pyle

        Jeffrey Allen

        Nathan Mustain

        Terry Millard

        Brian Genemetes

(13)    The current status of discovery.

        Discovery has been completed.

(14)    An estimate of the length of trial.

        Trial will take no more than one day.

Respectfully submitted,

HARDIN, JESSON & TERRY, PLC  
Arvest Bank Building  
5000 Rogers Avenue, Ste. 500  
Fort Smith, AR 72903  
(479) 452-2200

By:   /s/Robert M. Honea  
      Robert M. Honea  
      Arkansas Bar No. 83089

*Attorneys for Separate Defendant*

## CERTIFICATE OF SERVICE

  I, Robert M. Honea, one of the attorneys for the Defendant Christopher Freeman herein, do hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211

Dated this 17th day of October 2023.

                 /s/Robert M. Honea
                 Robert M. Honea