**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**MARK PAYNE**                                                                                                                **PLAINTIFF**

     V.                          CASE NO. CV-2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC, and**                                                                     **DEFENDANT**
**CHRISTOPHER FREEMAN**

**<u>DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO STAY</u>**

     COME NOW the Defendants, and for their Reply to Plaintiff's Response to the Defendant's Motion to Stay, state:

     (1)     The Defendants acknowledge that there is no automatic co-debtor stay in a Chapter 11 bankruptcy.

     (2)     Although there is no automatic co-debtor stay in a Chapter 11, the Plaintiff's case against the debtor and the Plaintiff's case against Christopher Freeman, individually, are so intertwined that allowing this case to proceed forward against Christopher Freeman may have or will have an effect on the administration of the debtor's estate.

     (3)     The undersigned counsel for the Defendants in this proceeding has had limited communications with Joel Hargis, the attorney for the debtor. Mr. Hargis advises that he has filed, or intends to file, a motion in the bankruptcy proceeding requesting that the court extend the protection of the co-debtor stay to the entirety of this proceeding, and specifically to the Plaintiff's claims against Christopher Freeman.

     (4)     The undersigned counsel for the Defendants does not know when the bankruptcy court might rule on the motion or what the ruling of the bankruptcy court might be.

1

(5) Given the uncertainties about what may or may not happen in the bankruptcy court, and given the fact that the cases against the debtor and Christopher Freeman are so intertwined that trying the cases separately does not make sense or serve the interests of judicial economy, the Defendants believe that the appropriate course of action is to stay all proceedings in this case.

WHEREFORE, the Defendants pray that this court enter its order staying proceedings in this case, as well as for all other just and proper relief to which they may be entitled.

>Respectfully submitted,
>
>HARDIN, JESSON & TERRY, PLC
>Arvest Bank Building
>5000 Rogers Avenue, Ste. 500
>Fort Smith, AR 72903
>(479) 452-2200
>
>By:   /s/Robert M. Honea
>      Robert M. Honea
>      Arkansas Bar No. 83089
>
>*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I, Robert M. Honea, one of the attorneys for the Defendants, do hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211

Dated this 18th day of October 2023.

>/s/Robert M. Honea
>Robert M. Honea