IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                                          **PLAINTIFF**

V.                              CASE NO. CV-2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC, and**                                                        **DEFENDANT**
**CHRISTOPHER FREEMAN**

<u>**MOTION FOR LEAVE TO WITHDRAW OR, IN THE ALTERNATIVE,**</u>
<u>**RENEWED MOTION TO STAY OR CONTINUE**</u>

COMES NOW Robert M. Honea, and for his Motion for Leave to Withdraw or, in the Alternative, Renewed Motion to Stay or Continue, states:

(1)     The filing of a bankruptcy petition by Freeman Transit, LLC ("Freeman Transit") has effectively precluded any ability of Christopher Freeman ("Freeman") to pay attorneys' fees.

(2)     Invoices submitted by Mr. Honea prior to the bankruptcy have not been timely paid, and any payments on those stale invoices will, in all likelihood, be subject to being recovered by the bankruptcy estate as preferential payments.

(3)     Rule 1.16 of the Arkansas Rules of Professional Conduct provides that a lawyer may withdraw from representation under the following circumstances:

>    (4)     The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
>
>    (5)     The representation will result in an unreasonable financial burden on the lawyer…; or
>
>    (6)     Other good cause for withdrawal exists.

1

If this case proceeds to trial as scheduled and Mr. Honea is required to continue with representation of Freeman it is unlikely that Mr. Honea will ever be paid. If Freeman prevails, it is possible that Freeman will be able to pay Mr. Honea's fees over time, but that is dependent on the progress of the Freeman Transit bankruptcy. If Freeman loses, Freeman will in all likelihood be forced to file personal bankruptcy, in which case any obligation to Mr. Honea will be discharged as an unsecured debt. In either event the bankruptcy estate will in all likelihood seek to recover any payments made to Mr. Honea on stale invoices within the 90 days preceding bankruptcy as a preferential transfer.

(4) If this case is stayed or continued, it is possible the bankruptcy estate may conclude that it is in the best interest of Freeman Transit to use funds of the estate to pay Mr. Honea or another lawyer to defend this case on behalf of Freeman Transit. The defense of Freeman Transit will necessarily inure to the benefit of Freeman.

(5) Rule 1.16 of the Arkansas Rules of Professional Conduct further provides that upon termination of representation a lawyer shall take steps to the extent reasonably practicable to protect the client's interests, including giving reasonable notice to the client and allowing time for the client to employ other counsel. Given the timing of the Freeman Transit bankruptcy and the pending trial of this case it is effectively impossible to comply with the foregoing requirements absent a stay or continuance of this proceeding.

(6) Mr. Honea moves this court for the entry of an order granting him leave to withdraw or, in the alternative, staying or continuing this proceeding.

WHEREFORE, Robert M. Honea prays that this court enter its order either granting him leave to withdraw or, in the alternative, staying or continuing this proceeding, as well as for all other just and proper relief to which he may be entitled.

        HARDIN, JESSON & TERRY, PLC

        Arvest Bank Building
        5000 Rogers Avenue, Ste. 500
        Fort Smith, AR 72903
        (479) 452-2200

By:   /s/Robert M. Honea
        Robert M. Honea
        Arkansas Bar No. 83089

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I, Robert M. Honea, one of the attorneys for the Defendants, do hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211

Dated this 27th day of October 2023.

/s/Robert M. Honea
Robert M. Honea