IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                                           **PLAINTIFF**

vs.                                         No. 2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC, and**                                                           **DEFENDANTS**
**CHRISTOPHER FREEMAN**

## RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OR, IN THE ALTERNATIVE, RENEWED MOTION TO STAY OR CONTINUE

Plaintiff is opposed to any relief that would delay the trial in this matter. Plaintiff does not believe he is in a position to weigh in on Mr. Honea's relationship with his client or speculate as to the financial burden Mr. Honea will face if he is forced to continue representing Defendant. However, Plaintiff does not believe that the potential for Mr. Honea not being paid if Defendant loses at trial outweighs Plaintiff's right to have his case tried in a timely manner. This is the same risk every attorney working on contingency faces each time they agree to take on a client. If Defendant Christopher Freeman consents in writing to Mr. Honea's withdrawal and agrees that the trial date will remain in place, then Plaintiff would be unopposed to Mr. Honea's withdrawal. However, if Mr. Freeman is not prepared to proceed *pro se*, then the Motion for Leave to Withdraw or, in the alternative, Renewed Motion to Stay or Continue, should be denied.

Page 1 of 2
Mark Payne v. Freeman Transit, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH
Response to Motion for Leave to Withdraw or, in the alternative,
Renewed Motion to Stay or Continue

Respectfully submitted,

**PLAINTIFF MARK PAYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Mark Payne v. Freeman Transit, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH
Response to Motion for Leave to Withdraw or, in the alternative,
Renewed Motion to Stay or Continue