IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**
PLAINTIFF

ATTORNEY:   SEAN SHORT

JUDGE:   P. K. HOLMES III

COURT REPORTER:   DANA HAYDEN

COURT CLERK:   TY CALDWELL

CASE NO.   2:22-cv-2113

**FREEMAN TRANSIT, LLC – STAYED AND CHRISTOPHER FREEMAN**
DEFENDANTS

ATTORNEY: ROBERT M. HONEA

DATE:   NOVEMBER 7, 2023

## CIVIL BENCH TRIAL

| TIME | MINUTES |
|---|---|
| 9:02 am | Court convenes |
| | Stipulated exhibits entered by the Court. (attached exhibit list) |
| | Opening Statements |
| | Testimony begins on behalf of plaintiff: |
| |     PW1:   Christopher Freeman |
| |     PW2:   Mark Payne |
| 12:03 pm | Lunch recess |
| 1:10 pm | Reconvene |
| | Testimony continues on behalf of the Plaintiff with witness Payne. |
| | Plaintiff rests. |
| | Testimony begins on behalf of defendant: |
| |     DW1:   Jack Turner |
| |     DW2:   Mike Norman |
| |     DW3:   Heath Wood |
| | Defense rests. |
| |     CX1: Email Correspondence and Spreadsheet Regarding Damages Calculation |
| | Court takes under advisement. |
| 3:26 pm | Adjourned |