IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| **MARK PAYNE**<br>PLAINTIFF | JUDGE: | P. K. HOLMES III |
| ATTORNEYS:  SEAN SHORT | COURT REPORTER: | DANA HAYDEN |
| | COURT CLERK: | TY CALDWELL |
| | CASE NO. | 2:22-cv-2113 |
| **FREEMAN TRANSIT, LLC – STAYED AND CHRISTOPHER FREEMAN**<br>DEFENDANTS | DATE: | NOVEMBER 7, 2023 |
| ATTORNEY:   ROBERT M. HONEA | | |

## STIPULATED EXHIBITS

### Plaintiff Exhibits

| | |
|---|---|
| 1 | Texts Between Payne and Freeman Hiring Mark |
| 2 | Email About Recruiting and Job Duties |
| 3 | Text Messages Between Payne and Freeman |
| 4 | Messages Between Payne and Heath and Carrie Wood |
| 5 | Messages Between Payne and Heath and Carrie Wood Regarding Hours Worked |
| 6 | Maintenance and After Hours Memo |
| 7 | Freeman's Response to OSHA |
| 8 | Mark Payne's Timecards |
| 9 | Amounts Paid to Payne |
| 10 | Damages |
| 11 | Arkansas Workforce Services Form |

### Defendant Exhibits

| | |
|---|---|
| 1 | Plaintiff's Claimed Hours, 2021, FR-PAY-39-41 |