## Appendix 1—Calculation of Unpaid Overtime Damages

| Date | Weekly Pay[1] | Reg. Rate. | Reg. Hours | Overtime Hours | Overtime Rate[2] | Unpaid Overtime |
|---|---|---|---|---|---|---|
| 7/25/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/1/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/8/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/15/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/22/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/29/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 9/5/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 9/12/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 9/19/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 9/26/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 10/3/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 10/10/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 10/17/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 10/24/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 10/31/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 11/7/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 11/14/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 11/21/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 11/28/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 12/5/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 12/12/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 12/19/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 12/26/2020 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/2/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/9/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/16/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |

[1] Mr. Payne's weekly pay was taken from Court's Exhibit 1, which includes the damages estimates exchanged during discovery. Mr. Payne conceded he is bound by these numbers.

[2] Mr. Payne's overtime rate was determined using the Fluctuating Workweek method, so it is one-half his regular rate.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 1/23/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/30/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 2/6/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 2/13/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 2/20/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 2/27/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 3/6/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 3/13/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 3/20/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 3/27/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 4/3/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 4/10/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 4/17/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 4/24/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 5/1/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 5/8/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 5/15/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 5/22/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 5/29/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 6/5/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 6/12/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 6/19/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 6/26/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 7/3/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 7/10/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 7/17/2021 | $850.00 | $21.25 | 40 | 0 | $10.625 | $0.00 |
| 7/24/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 7/31/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 8/7/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 8/14/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/21/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 8/28/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 9/4/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 9/11/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 9/18/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/25/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 10/2/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 10/9/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 10/16/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 10/23/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 10/30/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 11/6/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 11/13/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 11/20/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 11/27/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 12/4/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 12/11/2021 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 12/18/2021 | $1,150.00 | $28.75 | 40 | 10.5 | $14.375 | $150.94 |
| 12/25/2021 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/1/2022 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 1/8/2022 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 1/15/2022 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/22/2022 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 1/29/2022 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 2/5/2022 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 2/12/2022 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 2/19/2022 | $850.00 | $21.25 | 40 | 10.5 | $10.625 | $111.56 |
| 2/26/2022 | $950.00 | $23.75 | 40 | 10.5 | $11.875 | $124.69 |
| 3/5/2022 | $1,120.00 | $28.00 | 40 | 0 | $14.000 | $0.00 |
| | | | | **Unpaid Overtime** | | **$9,574.69** |

3