UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK PAYNE                                                                                                    PLAINTIFF

v.                                              No: 2:22-cv-2113

FREEMAN TRANSIT, LLC and
CHRISTOPHER FREEMAN                                                                              DEFENDANTS

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b)[1] and the Opinion and Order entered in this case on February 9, 2024, IT IS HEREBY ADJUDGED that Plaintiff Mark Payne shall have and recover from Defendant Christopher Freeman $9,574.69 in damages on his FLSA claim for unpaid overtime. Postjudgment interest on this amount will accrue at the rate of 4.76% per annum from the date of February 9, 2024 until paid.

IT IS SO ADJUDGED this 9th day of February, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] In the Opinion and Order, the Court explained there is no just reason for delay in entering final judgment as to Mr. Freeman because it is the ultimate disposition of an individual claim. *See* Fed. R. Civ. P. 54(b); *Downing v. Riceland Foods, Inc.*, 810 F.3d 580, 585 (8th Cir. 2016).