IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                                          **PLAINTIFF**

vs.                                              No. 2:22-cv-2113-PKH

**FREEMAN TRANSIT, LLC, and**                                             **DEFENDANTS**
**CHRISTOPHER FREEMAN**

**MOTION FOR COSTS AND ATTORNEYS' FEES**

Plaintiff Mark Payne, by and through his attorneys of the Sanford Law Firm, PLLC, for his Motion for Costs and Attorneys' Fees, states as follows:

1. Plaintiff filed this case on July 19, 2022, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq.*, to recover unpaid wages.

2. This case progressed through formal and informal discovery efforts, unsuccessful settlement negotiations, and through trial in which this Court held in favor of Plaintiff and awarded Plaintiff $9,574.69 in damages against separate Defendant Christopher Freeman. *See* Opinion and Order (ECF No. 42, Filed 02/09/2024).

3. In its Opinion and Order, the Court ordered Plaintiff to seek attorneys' fees and costs under the Federal Rules of Civil Procedure and the Court's Local Rules.

4. Plaintiff now presents the Court with a request for an award of costs and attorneys' fees pursuant to the FLSA, 29 U.S.C. § 216(b), and the AMWA, Ark. Code Ann. § 11-4-218(a).

Page 1 of 3
Mark Payne v. Freeman Transit, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH
Plaintiff's Motion for Costs and Attorneys' Fees

5. As shown on the Billing Spreadsheet attached as Exhibit 1, Plaintiff requests $12,295.00 in attorneys' fees incurred through February 16, 2024, related to the successful litigation of Plaintiff's claims. Plaintiff categorized and summarized billing by attorney and category of work for the Court's convenience in reviewing this request.

6. As shown in detail on Plaintiff's Costs Invoice (Exhibit 3), Plaintiff also incurred $653.06 in costs other than attorneys' fees during litigation. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

7. Accordingly, Plaintiff requests a total award of costs and attorneys' fees in the amount of $12,948.06.

8. In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

    Ex. 1    Billing Spreadsheet;
    Ex. 2    Declaration of Attorney Josh Sanford;
    Ex. 3    Costs Invoice;
    Ex. 4    2021 Legal Trends Report; and
    Ex. 5    Clio Arkansas Hourly Rate Data.

9. This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiff respectfully requests that this Motion for Costs and Attorneys' Fees be granted in its entirety, that the Court award Plaintiff fees and costs in the amount of $12,948.06, and for all other just and equitable relief to which Plaintiff may be entitled.

Page 2 of 3
Mark Payne v. Freeman Transit, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH
Plaintiff's Motion for Costs and Attorneys' Fees

Respectfully submitted,

**PLAINTIFF MARK PAYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3**
**Mark Payne v. Freeman Transit, LLC, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 2:22-cv-2113-PKH**
**Plaintiff's Motion for Costs and Attorneys' Fees**