| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category | Entry # |
|---|---|---|---|---|---|---|---|
| 6/30/22 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.1 | $6.00 | Client Communication | 10 |
| 6/30/22 | Paralegal | Work on Client's file: Defendant research | $75.00 | 0.2 | $15.00 | Complaint/Summons/Service | 11 |
| 6/30/22 | Paralegal | Work on Client's file: TLO search Freeman, C. | $75.00 | 0.2 | $15.00 | Complaint/Summons/Service | 15 |
| 7/11/22 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.1 | $6.00 | Client Communication | 21 |
| 7/12/22 | Law Clerk | Preparation and drafting of complaint | $75.00 | 1.1 | $82.50 | Complaint/Summons/Service | 24 |
| 7/12/22 | Law Clerk | Preparation and drafting of complaint, civiil cover sheet, summonses | $75.00 | 0.6 | $45.00 | Complaint/Summons/Service | 25 |
| 7/13/22 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.1 | $6.00 | Client Communication | 26 |
| 7/22/22 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.2 | $12.00 | Client Communication | 55 |
| 8/24/22 | Courtney Harness | Telephone Conference(s) with Opposing Counsel BH | $300.00 | 0.3 | $90.00 | Opposing Counsel Communication | 75 |
| 8/24/22 | Courtney Harness | Work on Client's file: review case for call with OC | $300.00 | 0.3 | $90.00 | Case Management | 76 |
| 8/30/22 | Courtney Harness | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 77 |
| 8/30/22 | Courtney Harness | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 78 |
| 9/14/22 | Paralegal | Preparation and drafting of 26(f) report re: redline changes | $60.00 | 0.3 | $18.00 | Case Management | 79 |
| 9/15/22 | Courtney Harness | Editing and revision of Rule 26(f), sent to OC | $300.00 | 0.4 | $120.00 | Opposing Counsel Communication | 82 |
| 9/21/22 | Courtney Harness | Receive, read and prepare response to email(s) from OC- filing jt report | $300.00 | 0.2 | $60.00 | Opposing Counsel Communication | 83 |
| 9/28/22 | Paralegal | Prepare and compose Discovery Requests to be Answered by Opposing Party | $60.00 | 0.5 | $30.00 | Discovery | 91 |
| 10/6/22 | Paralegal | PRIVILEGED INFORMATION | $60.00 | 0.1 | $6.00 | Client Communication | 95 |
| 10/18/22 | Paralegal | Preparation and drafting of initial disclosures/ document production | $60.00 | 0.6 | $36.00 | Discovery | 99 |
| 10/19/22 | Courtney Harness | Editing and revision of initial disclosures | $300.00 | 0.3 | $90.00 | Discovery | 100 |
| 10/19/22 | Courtney Harness | Work on Client's file: reviewing disclosures | $300.00 | 0.4 | $120.00 | Case Management | 101 |
| 10/20/22 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 105 |
| 10/20/22 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 106 |
| 12/6/22 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 114 |
| 1/11/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.3 | $30.00 | Client Communication | 115 |
| 2/13/23 | Daniel Ford | Editing and revision of damages calculations, demand to OC | $200.00 | 0.5 | $100.00 | Settlement Related | 117 |
| 2/15/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 122 |
| 2/15/23 | Daniel Ford | Receive, read and prepare response to email(s) from OC re: requesting settlement confernce, next steps, deposition dates | $200.00 | 0.4 | $80.00 | Opposing Counsel Communication | 123 |
| 2/20/23 | Daniel Ford | Receive, read and prepare response to email(s) from OC re: amended answers | $200.00 | 0.3 | $60.00 | Opposing Counsel Communication | 127 |
| 2/23/23 | Paralegal | Editing and revision of production by plaintiff | $100.00 | 0.2 | $20.00 | Discovery | 128 |
| 2/24/23 | Daniel Ford | Perform legal research regarding FWW, amended answers, affirmative defense | $200.00 | 0.6 | $120.00 | Settlement Related | 129 |
| 2/24/23 | Daniel Ford | Preparation and drafting of confidential mediation statement; transmitting to judge | $200.00 | 1.5 | $300.00 | Settlement Related | 130 |
| 2/27/23 | Daniel Ford | Receive, read and prepare response to email(s) from OC re: settlement; disclosures; deposition dates. | $200.00 | 0.4 | $80.00 | Opposing Counsel Communication | 131 |
| 3/2/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 132 |
| 3/2/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 133 |
| 3/2/23 | Daniel Ford | Preparation for Hearing -- Settlement Conference prep with client | $200.00 | 1.3 | $260.00 | Settlement Related | 134 |
| 3/2/23 | Daniel Ford | Conference with JS re: damages | $200.00 | 0.1 | $20.00 | In House Communication | 135 |
| 3/2/23 | Daniel Ford | Preparation for Settlement Conference -- review of documents produced by each side | $200.00 | 0.7 | $140.00 | Settlement Related | 136 |
| 3/15/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 139 |
| 5/24/23 | Paralegal | Receipt and review of client docs | $100.00 | 0.1 | $10.00 | Discovery | 147 |
| 5/31/23 | Law Clerk | Preparation and drafting of Pretrial Disclosures, Proposed Stipulations, and FoF and CoL. | $75.00 | 2.1 | $157.50 | Trial Related | 151 |
| 6/21/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 153 |
| 7/11/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 154 |
| 7/25/23 | Paralegal | Work on Client's file: added client's documents to file re: IRS tax determination letter | $100.00 | 0.1 | $10.00 | Discovery | 156 |
| 7/31/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 158 |
| 10/4/23 | Sean Short | Conference with DF regarding case status; case handoff. | $200.00 | 0.1 | $20.00 | In House Communication | 162 |
| 10/12/23 | Sean Short | Preparation and drafting of response to motion to stay proceedings. | $200.00 | 0.4 | $80.00 | Trial Related | 169 |
| 10/16/23 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding potential settlement; case status. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 174 |
| 10/17/23 | Sean Short | Work on Client's file: review case file and discovery production for case background. | $200.00 | 0.5 | $100.00 | Case Management | 175 |
| 10/17/23 | Sean Short | Preparation and drafting of Plaintiff's pretrial disclosures. | $200.00 | 1 | $200.00 | Trial Related | 176 |
| 10/19/23 | Sean Short | Examination of order on motion to stay. | $200.00 | 0.1 | $20.00 | Case Management | 179 |
| 10/24/23 | Sean Short | Conference with JS regarding trial; case strategy. | $200.00 | 0.1 | $20.00 | In House Communication | 190 |
| 10/26/23 | Sean Short | Preparation and drafting of trial brief and proposed findings of fact and conclusions of law. | $200.00 | 0.8 | $160.00 | Trial Related | 191 |

| Date Billed On | Billed By | Description | Rate | Time Claimed | Value Claimed | Category | Entry # |
|---|---|---|---|---|---|---|---|
| 10/27/23 | Sean Short | Preparation and drafting of trial brief. | $200.00 | 1.5 | $300.00 | Trial Related | 192 |
| 10/27/23 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding motion to withdraw; potential trial. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 194 |
| 10/27/23 | Sean Short | Preparation and drafting of Plaintiff's Proposed Findings of Fact and Conclusions of law. | $200.00 | 1.9 | $380.00 | Trial Related | 195 |
| 10/27/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 197 |
| 10/27/23 | Paralegal | Preparation and drafting of work hours by date document for findings of fact | $100.00 | 1.4 | $140.00 | Trial Related | 198 |
| 10/30/23 | Sean Short | Conference with JS regarding preparing response to motion to withdraw or stay proceedings. | $200.00 | 0.1 | $20.00 | In House Communication | 203 |
| 10/30/23 | Sean Short | Preparation and drafting of response to motion to withdraw or stay proceedings. | $200.00 | 0.3 | $60.00 | Trial Related | 204 |
| 10/30/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.2 | $40.00 | Client Communication | 206 |
| 10/30/23 | Sean Short | Examination of order denying motion to withdraw. | $200.00 | 0.1 | $20.00 | Case Management | 207 |
| 10/31/23 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding potential settlement offer. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 209 |
| 10/31/23 | Sean Short | Examination of Defendant's pretrial disclosure sheet; proposed findings of fact and conclusions of law; and trial brief; prepare notes for trial. | $200.00 | 0.8 | $160.00 | Trial Related | 210 |
| 10/31/23 | Sean Short | Work on Client's file: review discovery production; prepare exhibits for trial. | $200.00 | 2.3 | $460.00 | Trial Related | 211 |
| 11/2/23 | Sean Short | Work on Client's file: review and prepare exhibits for trial; conference with paralegal regarding the same. | $200.00 | 1.9 | $380.00 | Trial Related | 220 |
| 11/3/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 222 |
| 11/3/23 | Paralegal | Editing and revision of trial exhibits re: redactions | $100.00 | 0.1 | $10.00 | Trial Related | 224 |
| 11/3/23 | Paralegal | Work on Client's file: create exhibit binders | $100.00 | 1.3 | $130.00 | Trial Related | 226 |
| 11/3/23 | Sean Short | Work on Client's file: prepare exhibits for trial; prepare direct examination outline of Defendant. | $200.00 | 3.6 | $720.00 | Trial Related | 227 |
| 11/4/23 | Sean Short | Editing and revision of direct examination outline for Christopher Freeman. | $200.00 | 4.5 | $900.00 | Trial Related | 228 |
| 11/4/23 | Sean Short | Preparation and drafting of direct examination outline of Plaintiff. | $200.00 | 1.5 | $300.00 | Trial Related | 229 |
| 11/5/23 | Sean Short | Preparation and drafting of direct examination outline for Mark Payne. | $200.00 | 2.5 | $500.00 | Trial Related | 230 |
| 11/5/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.9 | $180.00 | Client Communication | 231 |
| 11/5/23 | Sean Short | Editing and revision of direct examination outline for Payne and Freeman; exhibits to use at trial. | $200.00 | 1.9 | $380.00 | Trial Related | 232 |
| 11/6/23 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding trial exhibits. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 233 |
| 11/6/23 | Paralegal | Preparation and drafting of witness and exhibit lists | $100.00 | 0.4 | $40.00 | Trial Related | 238 |
| 11/6/23 | Sean Short | Editing and revision of direct examination outline for Defendant Freeman. | $200.00 | 0.8 | $160.00 | Trial Related | 240 |
| 11/6/23 | Paralegal | Work on Client's file: create exhibit binders | $100.00 | 2.2 | $220.00 | Trial Related | 242 |
| 11/6/23 | Sean Short | Editing and revision of direct examination outline for Plaintiff Payne. | $200.00 | 0.4 | $80.00 | Trial Related | 243 |
| 11/6/23 | Sean Short | Preparation and drafting of opening argument. | $200.00 | 0.6 | $120.00 | Trial Related | 244 |
| 11/6/23 | Sean Short | Court Appearance (including travel time and waiting) travel from Little Rock to Fort Smith for trial. | $200.00 | 2.3 | $460.00 | Trial Related | 245 |
| 11/6/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 1.6 | $320.00 | Client Communication | 246 |
| 11/7/23 | Sean Short | Court Appearance (including travel time and waiting) Mark Payne trial and travel back to Little from Ft. Smith. | $200.00 | 9.5 | $1,900.00 | Trial Related | 248 |
| 2/9/24 | Sean Short | Examination of opinion and order from trial. | $200.00 | 0.6 | $120.00 | Case Management | 253 |
| 2/9/24 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 254 |
| 2/12/24 | Rebecca Matlock | Preparation and drafting of Fee Petition: review billing invoice for proper rates, duplicative/vague billing, categorize entries | $200.00 | 1 | $200.00 | Fee Petition | 255 |
| 2/15/24 | Rebecca Matlock | Preparation and drafting of Fee Petition: Motion, BIS, Sanford Decl. | $200.00 | 1.5 | $300.00 | Fee Petition | 256 |
| 2/16/24 | Sean Short | Editing and revision of Fee Petition prior to filing | $200.00 | 0.5 | $100.00 | Fee Petition | 257 |
| | | | | | **$12,295.00** | | |