Matter Expense Report

| Date | Description | Price | Quantity | Amount |
|---|---|---|---|---|
| 7/21/22 | Filing Fee | | 1 | $402.00 |
| 11/14/22 | Service Fee to ABC Legal Services | | 1 | $69.00 |
| 11/2/23 | SS Hotel for Trial | | 1 | $182.06 |
| **Total** | | | | $653.06 |