**2021**

# Legal Trends Report

Published by Clio



# Hourly rates and KPIs



Each iteration of the *Legal Trends Report* includes annual data on average hourly rates and key performance indicators (KPIs) to help analyze lawyer and law firm productivity, efficiency, and revenue generation.

## BILLABLE HOUR INDEX

Every year, Clio's researchers analyze data from tens of thousands of legal professionals to determine the average cost for an hour of legal services in the United States. Changes to the average cost of legal services over time can be observed in the Billable Hour Index. To contextualize changes to the cost of legal services we have also looked at simultaneous changes in the Consumer Price Index (CPI) to understand how hourly rates have changed in relation to the average cost of goods and services.

### Understanding CPI

The CPI is a measurement of the average change over time in the prices paid by urban consumers for a representative basket of consumer goods and services.[17] CPI is used by the Bureau of Labor Statistics to measure inflation as it is experienced by consumers in their daily living expenses. CPI is fundamentally a measure of price change over time, making it a useful statistic to compare with changes in the cost of legal services across the US.



Billable hour index

● Law firms   ● Lawyers   ● Non-lawyers   ● CPI

---

17   U.S. Bureau of Labor Statistics. "Consumer Price Index: Overview." U.S. Government website, November 24, 2020.



## HOURLY RATES BY STATE

| State | Law Firms | Lawyers | Non-lawyers | State | Law Firms | Lawyers | Non-lawyers |
|-------|-----------|---------|-------------|-------|-----------|---------|-------------|
| AL | $194 | $206 | $105 | NC | $231 | $255 | $131 |
| AR | $235 | $251 | $131 | ND | $246 | $264 | $164 |
| AZ | $233 | $260 | $142 | NE | $223 | $224 | $218 |
| CA | $319 | $352 | $172 | NH | $219 | $239 | $141 |
| CO | $242 | $267 | $138 | NJ | $307 | $324 | $163 |
| CT | $301 | $335 | $162 | NM | $219 | $243 | $134 |
| DC | $373 | $411 | $187 | NV | $289 | $320 | $174 |
| DE | $315 | $353 | $166 | NY | $351 | $372 | $220 |
| FL | $264 | $296 | $144 | OH | $221 | $234 | $138 |
| GA | $256 | $275 | $154 | OK | $210 | $225 | $122 |
| IA | $182 | $189 | $134 | OR | $231 | $257 | $131 |
| ID | $213 | $227 | $117 | PA | $271 | $287 | $183 |
| IL | $288 | $309 | $160 | RI | $211 | $221 | $120 |
| IN | $223 | $239 | $131 | SC | $211 | $246 | $113 |
| KS | $225 | $237 | $148 | SD | $177 | $183 | $110 |
| KY | $203 | $214 | $130 | TN | $218 | $235 | $120 |
| LA | $221 | $244 | $99 | TX | $265 | $301 | $146 |
| MA | $273 | $285 | $187 | UT | $231 | $251 | $127 |
| MD | $290 | $312 | $170 | VA | $275 | $295 | $159 |
| ME | $169 | $178 | $120 | VT | $213 | $224 | $111 |
| MI | $257 | $272 | $139 | WA | $258 | $286 | $150 |
| MN | $255 | $275 | $151 | WI | $235 | $248 | $155 |
| MO | $225 | $246 | $127 | WV | $161 | $163 | $141 |
| MS | $197 | $214 | $137 | WY | $238 | $257 | $134 |
| MT | $192 | $207 | $115 | | | | |



## ADJUSTED RATES BY STATE

| State | Law Firms | Lawyers | Non-lawyers | State | Law Firms | Lawyers | Non-lawyers |
|-------|-----------|---------|-------------|-------|-----------|---------|-------------|
| AL | $221 | $235 | $120 | NC | $252 | $278 | $143 |
| AR | $269 | $287 | $150 | ND | $269 | $289 | $179 |
| AZ | $242 | $270 | $147 | NE | $246 | $247 | $241 |
| CA | $283 | $313 | $153 | NH | $208 | $227 | $134 |
| CO | $237 | $261 | $136 | NJ | $268 | $283 | $143 |
| CT | $278 | $308 | $149 | NM | $230 | $256 | $141 |
| DC | $320 | $348 | $158 | NV | $296 | $327 | $178 |
| DE | $312 | $346 | $163 | NY | $303 | $322 | $190 |
| FL | $266 | $299 | $146 | OH | $248 | $262 | $155 |
| GA | $279 | $299 | $167 | OK | $233 | $250 | $135 |
| IA | $202 | $209 | $148 | OR | $233 | $259 | $132 |
| ID | $228 | $244 | $126 | PA | $276 | $292 | $186 |
| IL | $286 | $306 | $159 | RI | $214 | $224 | $122 |
| IN | $244 | $261 | $143 | SC | $234 | $272 | $124 |
| KS | $248 | $261 | $163 | SD | $201 | $208 | $125 |
| KY | $228 | $241 | $146 | TN | $241 | $261 | $133 |
| LA | $241 | $267 | $108 | TX | $275 | $312 | $151 |
| MA | $254 | $266 | $175 | UT | $239 | $259 | $131 |
| MD | $263 | $283 | $154 | VA | $268 | $288 | $155 |
| ME | $174 | $183 | $123 | VT | $210 | $221 | $110 |
| MI | $273 | $289 | $148 | WA | $248 | $276 | $144 |
| MN | $261 | $282 | $155 | WI | $251 | $265 | $166 |
| MO | $252 | $276 | $143 | WV | $181 | $183 | $158 |
| MS | $231 | $247 | $158 | WY | $247 | $267 | $139 |
| MT | $204 | $219 | $122 | | | | |



# HOURLY RATES BY PRACTICE AREA

| Practice area | Law Firms | Lawyers | Non-lawyers | Practice area | Law Firms | Lawyers | Non-lawyers |
|---|---|---|---|---|---|---|---|
| Overall | $284 | $306 | $158 | Government | $240 | $240 | $232 |
| Administrative | $243 | $281 | $137 | Immigration | $303 | $320 | $264 |
| Appellate | $265 | $275 | $158 | Insurance | $206 | $224 | $108 |
| Bankruptcy | $328 | $362 | $176 | Intellectual Property | $333 | $362 | $214 |
| Business | $297 | $310 | $155 | Juvenile | $92 | $91 | $93 |
| Civil Litigation | $275 | $297 | $142 | Mediation/Arbitration | $286 | $306 | $167 |
| Civil Rights/Constitutional Law | $281 | $297 | $133 | Medical Malpractice | $187 | $216 | $110 |
| Collections | $254 | $294 | $152 | Personal Injury | $218 | $255 | $122 |
| Commercial/Sale of Goods | $318 | $332 | $159 | Real State | $279 | $297 | $156 |
| Construction | $239 | $257 | $119 | Small Claims | $171 | $172 | $139 |
| Contracts | $280 | $295 | $156 | Tax | $318 | $346 | $181 |
| Corporate | $334 | $349 | $173 | Traffic Offenses | $249 | $255 | $233 |
| Criminal | $176 | $181 | $134 | Trusts | $288 | $332 | $165 |
| Elder Law | $232 | $255 | $155 | Wills & Estates | $265 | $302 | $154 |
| Employment/Labor | $309 | $329 | $151 | Worker's Compensation | $157 | $162 | $143 |
| Family | $244 | $275 | $144 | | | | |

# Detailed methodology





## APP DATA COLLECTION

The *Legal Trends Report* uses aggregated and anonymized data collected from the Clio platform. By synthesizing actual usage data, we're able to identify trends that would be otherwise invisible to most firms.

The *Legal Trends Report* has been prepared using data aggregated and anonymized from tens of thousands of legal professionals. These customers were included in our data set using the following criteria:

- They were paid subscribers to Clio. Customers who were evaluating the product via a free trial or were using Clio as part of our Academic Access Program were not included.

- They were located in the contiguous United States. This includes the District of Columbia but excludes Hawaii and Alaska. No customers in other countries were included.

- Any data from customers who opted out of aggregate reporting were excluded.

- Outlier detection measures were implemented to systematically remove statistical anomalies.

### Data usage and privacy

The security and privacy of customer data is our top priority at Clio. In preparing the *Legal Trends Report,* Clio's data operations team observed the highest standard of data collection and reporting.

### Data collection

- All data insights were obtained in strict accordance with Clio's Terms of Service (section 2.12).

- All extracted data was aggregated and anonymized.

- No personally identifiable information was used.

- No data belonging to any law firm's clients was used.

Appendix B: Detailed methodology



### Reporting

Aggregate data has been generalized where necessary to avoid instances where individual firm data could be identified. For example, to avoid reporting data on a small town with only one law firm, which would implicate all of this town's data to this firm, we only report at country, state, and metropolitan levels.

Additionally, raw data sets will never be shared externally. Clio is effectively a tally counter for user interactions—much like stadiums use turnstiles to count visitors without collecting any personally identifiable information from their customers. Similarly, as users interact with the Clio platform they trigger usage signals we can count and aggregate into data sets. We can identify trends without collecting information that reveals anything specific about individual customers.

## SURVEY DESIGN

The *2021 Legal Trends Report* includes survey data collected between May and June, 2021.

### Survey of US legal professionals

- 1,056 respondents

### Survey of US consumers (general population)

- 1,002 respondents
- Survey respondents were representative of the US population by age, gender, region, income, and race/ethnicity, according to US census statistics



## COHORT ANALYSIS

This year's *Legal Trends Report* revisited the cohort analysis which was first described in the *2019 Legal Trends Report*. This analysis uses aggregated and anonymized data from Clio users collected between January 1, 2013 and December 31, 2020. This data was used to divide Clio users into three cohorts based on annual revenue generation. By analyzing these cohorts and their performance, we were able to identify large-scale trends within each to inform our analysis of the legal industry as a whole.

## LEGAL PROFESSIONAL INTERVIEWS

We conducted interviews with legal professionals to understand how the pandemic affected their firms and how adaptations to these changes might continue in the future. These interviews also provided important perspectives on how the pandemic impacted legal professionals' work-life balance, their interactions with clients, and their work within the court systems.