

# How much do lawyers charge in Arkansas?

The typical lawyer in Arkansas charges between **$158** and **$318** per hour. Costs vary depending on the type of lawyer, so review our lawyer rates table to find out the average cost to hire an attorney in Arkansas.

| Practice Type | Average Hourly Rate |
|---|---|
| Administrative | $318 |
| Bankruptcy | $247 |
| Business | $272 |
| Civil Litigation | $250 |
| Collections | $190 |
| Commercial/Sale of Goods | $291 |
| Contracts | $307 |
| Corporate | $296 |
| Criminal | $200 |

| | |
|---|---|
| Employment/Labor | $274 |
| Family | $229 |
| Insurance | $158 |
| Personal Injury | $296 |
| Real Estate | $254 |
| Trusts | $252 |
| Wills & Estates | $264 |



## About Clio's Hourly Rate Data for Lawyers (Updated 2021)

Clio's hourly rate data is based on aggregated and anonymized data from tens of thousands of legal professionals using Clio. Each year, this data is analyzed and published within the *Legal Trends Report*, which provides ongoing, in-depth research into the most pressing issues faced by legal professionals.

Read the Legal Trends Report