**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**MARK PAYNE**                                                                                     **PLAINTIFF**

    V.                                    **CASE NO. CV-2:22-cv-2113-PKH**

**FREEMAN TRANSIT, LLC, and**                                                            **DEFENDANT**
**CHRISTOPHER FREEMAN**

## RENEWED MOTION FOR LEAVE TO WITHDRAW

    COMES NOW Robert M. Honea, and for his Renewed Motion for Leave to Withdraw, states:

    (1)    Invoices submitted by Mr. Honea have not been timely paid.

    (2)    Rule 1.16 of the Arkansas Rules of Professional Conduct provides that a lawyer may withdraw from representation under the following circumstances:

        (1)    The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

        (2)    The representation will result in an unreasonable financial burden on the lawyer…; or

        (3)    Other good cause for withdrawal exists.

    (4)    Mr. Honea has previously filed a Motion for Leave to Withdraw. That Motion was denied due to the proximity of the trial. The trial has now been concluded.

    (5)    Rule 1.16 of the Arkansas Rules of Professional Conduct further provides that upon termination of representation a lawyer shall take steps to the extent reasonably practicable to

1

protect the client's interests, including giving reasonable notice to the client and allowing time for the client to employ other counsel. The current status of this case will permit the foregoing requirements to be satisfied.

(6)    Mr. Honea moves this court for the entry of an order granting him leave to withdraw.

WHEREFORE, Robert M. Honea prays that this court enter its order granting him leave to withdraw, as well as for all other just and proper relief to which he may be entitled.

HARDIN, JESSON & TERRY, PLC

Arvest Bank Building
5000 Rogers Avenue, Ste. 500
Fort Smith, AR 72903
(479) 452-2200

By:   /s/Robert M. Honea
Robert M. Honea
Arkansas Bar No. 83089

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Robert M. Honea, one of the attorneys for the Defendants, do hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Josh Sanford
Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211

Dated this 26th day of February 2024.

/s/Robert M. Honea
Robert M. Honea