UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK PAYNE                                                                                           PLAINTIFF

v.                                          No: 2:22-cv-2113

FREEMAN TRANSIT, LLC and
CHRISTOPHER FREEMAN                                                                       DEFENDANTS

**ORDER**

Before the Court is Robert Honea's renewed motion (Doc. 46) to withdraw from representing Defendants Freeman Transit, LLC and Christopher Freeman. The Court previously denied Mr. Honea's motion to withdraw because of the then fast-approaching trial. *See* Doc. 40. For the reasons set forth below, the renewed motion will be GRANTED.

Mr. Honea seeks to withdraw because he has not been timely paid. "The decision to allow counsel to withdraw is left to the discretion of the district court." *Fleming v. Harris*, 39 F.3d 905, 908 (8th Cir. 1994) (citation omitted). "In cases of withdrawal for failure to pay fees, every circuit court to address the question 'has looked to the rules governing professional conduct for guidance.'" *Sanford v. Maid-Rite Corp.*, 816 F.3d 546, 549 (8th Cir. 2016) (quoting *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009)). If an attorney satisfies the rules for withdrawal, then withdrawal is "presumptively appropriate." *Id.*

The Court finds good cause exists to grant Mr. Honea's motion under Arkansas Rule of Professional Conduct 1.16. The Court's earlier concerns about prejudice to the defendants no longer exist because the trial is complete. Mr. Honea may withdraw as counsel and will have no further obligation to represent the defendants in this case, except that he must send them a copy of this order on or before Friday, April 12, 2024.

This leaves defendants without counsel.  Mr. Freeman can represent himself, but counsel must represent Freeman Transit, LLC because corporations cannot proceed pro se.  *See Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996).  However, the case is currently stayed as to Freeman Transit, LLC due to ongoing bankruptcy proceedings.  *See* Doc. 36.  Once the bankruptcy stay is lifted, Freeman Transit, LLC will need to obtain new counsel.

Finally, the Court will give Mr. Freeman a chance to respond to Plaintiff's pending motion for attorney's fees and costs.  Mr. Freeman can either respond to the motion himself or retain new counsel to respond to the motion.  Mr. Freeman may file a response on or before April 26, 2024.  Mr. Honea is directed to provide Mr. Freeman with a copy of Plaintiff's motion and brief in support of the motion.  *See* Docs. 44, 45.

IT IS THEREFORE ORDERED that Mr. Honea's renewed motion (Doc. 46) to withdraw is GRANTED.

IT IS FURTHER ORDERED that Mr. Honea must provide Mr. Freeman with a copy of this order and a copy of Plaintiff's motion for attorney's fees and brief in support of that motion on or before April 12, 2024.

IT IS FURTHER ORDERED that Mr. Freeman may file a response to Plaintiff's motion for attorney's fees on or before April 26, 2024.

IT IS SO ORDERED this 9th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE