IN THE UNITED STATES COUNTY DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

MARK PAYNE                                                                                          PLAINTIFF

VS.                                      No. 2:22-cv-2113-PKH

CHRISTOPHER FREEMAN                                                             DEFENDANT

ARVEST BANK                                                                                     GARNISHEE

## ANSWER OF GARNISHEE

COMES NOW ARVEST BANK, garnishee herein, and for its answer to the writ of garnishment and allegations and interrogatories served upon it, states:

1. ARVEST BANK, on and after the date of service of the writ of garnishment upon it was not indebted to the defendant, CHRISTOPHER FREEMAN, in any amount. Defendant has no accounts at ARVEST BANK.

2. ARVEST BANK, holds no goods, chattels, monies, credits or effects belonging to said defendant.

3. ARVEST BANK, did not at the time of service of the writ of garnishment upon it, or at any time since, have the defendant in its employ.

WHEREFORE, ARVEST BANK, garnishee herein, prays that the writ of garnishment served upon it be dismissed, that the plaintiff take nothing by reason thereof, and for such further relief to which said garnishee may show itself entitled.

ARVEST BANK, Garnishee

By: _____
Burton E. Stacy Jr, ABA#94196
Curtis D. Clements, ABA#92135
Hood & Stacy, P.A.
PO Box 271
Bentonville, Arkansas 72712
(479) 273-3377

STATE OF ARKANSAS    )
                                      ) SS
COUNTY OF BENTON    )

On 6-21-24 comes before me, a Notary Public for the County and State aforementioned, ARVEST BANK, Garnishee herein, by its attorney and subscribed to this

1

document, swearing under oath that the information set forth in the foregoing answer of Garnishee is true and correct to the best of its knowledge, information, and belief.

_____
Notary Public

My Commission Expires: 8/31/33

TALIA WEST
Notary Public - Arkansas
Benton County
Commission # 12724379
My Commission Expires Aug 31, 2033

## CERTIFICATE OF MAILING

The undersigned attorney for the garnishee herein hereby states that I have this date mailed a true and correct copy of the foregoing pleading by placing the same in the U. S. Mail, postage prepaid, to:

Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

DATED this 21 day of June, 2024.

_____
Burton E. Stacy Jr
Curtis D. Clements

2