IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                                  **PLAINTIFF**

vs.                      No. 2:22-cv-2113-PKH

                                                                                        **DEFENDANT**
**CHRISTOPHER FREEMAN**

**REGIONS BANK**                                                                **GARNISHEE**

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff Mark Payne (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Western District of Arkansas, Fort Smith Division, for issuance of a Writ of Garnishment to satisfy a Judgment against Defendant Christopher Freeman. In support of this application, the following information is provided:

1. On February 9, 2024, Plaintiff Mark Payne was awarded a Judgment against Separate Defendant Christopher Freeman, in the amount of $9,574.69 in damages on his FLSA claim for unpaid overtime. *See* Judgment, ECF No. 42.

2. On April 29, 2024, Plaintiff Mark Payne was awarded a Judgment against Separate Defendant Christopher Freeman, in the amount of $11,757.50 in attorneys' fees and $653.06 in costs, for a total of $12,410.56. *See* Judgment, ECF No. 48.

3. As of July 16, 2024, the Judgments remain outstanding in the total amount of $21,985.25.

4. Plaintiff alleges that there is reason to believe that Regions Bank ("Garnishee") is indebted to Defendant Christopher Freeman and possesses goods, chattels, moneys, credits, or effects belonging to them.

5. Therefore, Plaintiff respectfully requests the issuance of the Writ of Garnishment attached to this Application.

Respectfully submitted,

**PLAINTIFF MARK PAYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com