IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARK PAYNE**                                                                                    **PLAINTIFF**

vs.                                        No. 2:22-cv-2113-PKH

**CHRISTOPHER FREEMAN**                                                              **DEFENDANT**

**REGIONS BANK**                                                                           **GARNISHEE**

## ALLEGATIONS AND INTERROGATORIES

Plaintiff Mark Payne, by and through his attorneys of Sanford Law Firm, PLLC, hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1. On February 9, 2024, Plaintiff Mark Payne was awarded a Judgment against Separate Defendant Christopher Freeman, in the amount of $9,574.69 in damages on his FLSA claim for unpaid overtime.

2. On April 29, 2024, Plaintiff Mark Payne was awarded a Judgment against Separate Defendant Christopher Freeman, in the amount of $11,757.50 in attorneys' fees and $653.06 in costs, for a total of $12,410.56.

3. Both Judgments are now outstanding and in full force and effect. The amount of $21,985.25 remains unpaid as of July 16, 2024.

4. Plaintiff believes that Garnishee is indebted to Defendant Christopher Freeman or has in its possession goods, moneys, credits, promissory notes, accounts, or

effects belonging to Defendant. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## INTERROGATORIES

1. Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Christopher Freeman?

2. If so, what is the nature and value thereof?

Respectfully submitted,

**PLAINTIFF MARK PAYNE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com