Po Box 830590
Birmingham, Alabama 35283-0590



FIRST-CLASS



US POSTAGE ™ PITNEY BOWES

ZIP 35244 $ 000.69⁰
02 7W
0008032309 JUL 23 2024

RECEIVED
WD/AR

JUL 3 0 2024

U.S. CLERK'S OFFICE

U S DISTRICT COURT - WESTERN DISTRICT OF ARKANSAS
ATTN: FEDERAL BUILDING
101 S JACKSON AVE STE 205
EL DORADO, AR 71730-6133

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FOR SMITH DIVISION

**MARK PAYNE**, PLAINTIFF

VS.  CASE NO. 2:22-CV-2113P-KH

**CHRISTOPHER FREEMAN**, DEFENDANT

**REGIONS BANK, GARNISHEE**

### ANSWER OF GARNISHEE

☐ Regions Bank ("Regions") has in its possession or control property or money, not known to be exempt, belonging to the Defendant(s), and which is not wages, salary, or other compensation in the amount of **$0.00**. Regions will continue to hold this property or money until the Court orders release or payment or until funds are remitted per statute. Regions has notified our customer of their right to raise all potential objections and exemptions with the ordering authority.

☐ Regions has in its possession or control a safe deposit box, the contents of which are unknown, belonging to the Defendant(s), which is being held until further order from the Court. No deposit accounts found with the information provided for the defendant.

☐ Regions has in its possession or control money belonging to the Defendant(s), which is not wages, salary or other compensation, and certain money is exempt from execution by federal exemption or specific exemption addendum and thus, has been excluded from the balance provided above.

☐ Regions is currently subject to withholding order under garnishment/levy in case number _____. No funds are available.

☐ Account(s) Closed   ☐ No funds Available   ☑ No account(s) found based on the information provided for the defendant.

☐ Tenancy by the Entirety

☐ Other: _____

Regions does not know of any other person indebted to the Defendant(s) or with effects of the Defendant(s) under his control. If wage withholding is required and Regions employs the Defendant(s), a separate Answer regarding the Defendant(s)' wages, salary and compensation will follow.

I, Alethia D. Addo, am a duly authorized agent of the Garnishee and certify that the statements set forth in this instrument are true and correct.

/s/ Alethia D. Addo
Processor's Signature

Alethia D. Addo
Processor's Name

I hereby certify that on 7/22/2024 before me, the undersigned notary, personally appeared Alethia D. Addo, who is personally known to me and who acknowledged before me that the same was voluntarily executed for the purposes expressed therein.

Susan Wilkins
Notary Public



**PLAINTIFF ATTORNEY**
SANFORD LAW FIRM PLLC
10800 FINANCIAL CENTRE PKWY STE 510
LITTLE ROCK, AR 72211-3552

**US COURT**
U S DISTRICT COURT - WESTERN DISTRICT OF ARKANSAS
ATTN: FEDERAL BUILDING
101 S JACKSON AVE STE 205
EL DORADO, AR 71730-6133